IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN CHALOVICH, et al.,            )
                                   )
     Plaintiffs,                   )
                                   )
     v.                            )   Civil No. 04-462
                                   )   (consolidated with C.A. 04-07E)
TECH SERVICES, INC., et al.        )
                                   )
     Defendants.                   )

### ORDER

AND NOW, to-wit, this **22nd** day of February, 2006, the court having conducted a status conference in these consolidated cases, IT IS HEREBY ORDERED that in the event that the parties are unable to reach a settlement, all motions for summary judgment and briefs in support shall be filed on or before May 15, 2006.

IT IS FURTHER ORDERED THAT responses to said motion(s) for summary judgment shall be accompanied by brief(s) and shall be filed on or before June 14, 2006.

IT IS FURTHER ORDERED THAT any reply brief(s) shall be filed on or before June 21, 2006.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record

AO72A
(Rev.8/82)