# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Chalovich, et al.

vs.

Tech Services, et al.

Defendants

C.A. 04-462, C.A. 04-07 E

**HEARING ON** Case management conference

**Before** Hon. Maurice B. Cohill

Jeff Tech
Josh Bloom
_Appear for Plaintiff_

Patricia Dinlus-Meyer
Mark Yablonski
Tim Jakob
_Appear for Defendant_

Hearing Begun 2-22-06  11 AM

Hrg concluded C.A.V. 2-22-06 11:30 AM.

Hrg Adjourned to

Stenographer — none

### WITNESSES
For Plaintiff | For Defendant

Parties have entered into settlement discussions and effect to know if case will settle within the next 2 weeks. Court will enter order scheduling deadlines for summary judgment motions, briefs, etc.