IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 5<br><br>Plaintiff,<br><br>v.<br><br>TECH SERVICES, INC.<br><br>Defendant. | )<br>)<br>)  No. C.A. 04-07E<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISCONTINUE

Because this action has been settled, please enter an order discontinuing the above-referenced case, with prejudice.

JOSHUA M. BLOOM AND
ASSOCIATES, P.C.

/s/ Joshua M. Bloom
Joshua M. Bloom, Esquire
PA I.D. No. 78072
1230 Grant Building
310 Grant Street
Pittsburgh, PA 15219
412-288-6000

AND NOW, this 9th day of November, 2006,
IT IS SO ORDERED.

Maurice B. Cohill, Jr.
UNITED STATES DISTRICT JUDGE